BANK OF AMERICA, NATIONAL ASSOCIATION, APPELLEE,
*v.* JIMENEZ ET AL., APPELLANTS.

[Cite as *Bank of Am., Natl. Assn. v. Jimenez,*
134 Ohio St.3d 360, 2012-Ohio-5499.]

(No. 2011–2104—Submitted December 4, 2012—Decided December 5, 2012.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald,* 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Thompson Hine, L.L.P., Scott A. King, and Nicholas W. Myles, for appellee.

Duncan Simonette, Inc., Brian K. Duncan, and Elliot B. Garvey, for appellants, Ezekiel Jimenez and Azar Sarikhani.